IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON L. MARKS, #AKO-969,   )
                              )
       Plaintiff,       )       No. C 12-5625 CRB (PR)
                              )
   v.                 )       ORDER OF DISMISSAL
                              )
GREG AHERN, Sheriff,    )       (Docket # 2)
                              )
       Defendant(s).   )
_____ )

On December 12, 2012, the court notified plaintiff in writing that the in forma pauperis application he submitted was insufficient because it did not including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application (docket # 2) is DENIED and the action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: Jan. 22, 2013          _____
                                   CHARLES R. BREYER
                                   United States District Judge

G:\PRO-SE\CRB\CR.12\Marks, R.12-5625.dsifp.wpd