IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON L. MARKS, #AKO-969,       )<br>                                              )<br>          Plaintiff,                     )<br>                                              )<br>     v.                                     )<br>                                              )<br>GREG AHERN, Sheriff,            )<br>                                              )<br>          Defendant(s).              )<br>_____ ) | No. C 12-5625 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket # 2) |

On December 12, 2012, the court notified plaintiff in writing that the in forma pauperis application he submitted was insufficient because it did not including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application (docket # 2) is DENIED and the action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: Jan. 22, 2013                          _____
                                                                      CHARLES R. BREYER
                                                                      United States District Judge

G:\PRO-SE\CRB\CR.12\Marks, R.12-5625.dsifp.wpd